IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.   4:14-CR-151-Y |
| JESUS GERARDO LEDEZMA-CEPEDA (01)<br>JOSE LUIS CEPEDA-CORTES (03) | |

GOVERNMENT'S NOTICE OF INTENT TO OFFER
EVIDENCE PURSUANT TO RULE 902(11) FED.R.EVID.

The United States of America hereby notifies the defendants of its intention to offer evidence pursuant to Rule 902(11) during its case-in-chief.   Rule 902(11) provides in pertinent part:

> The original or duplicate of a domestic record of regularly conduct activity that would be admissible under Rule 803(6) if accompanied by a written declaration of its custodian or other qualified person . . . certifying that the record
>
> (A)   was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
>
> (B)   was kept in the course of the regularly conducted activity; and
>
> (C)   was made by the regularly conducted activity as a regular practice.
>
> A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them.

Fed.R.Evid.   902(11).

**Government's Rule 902 Notice - Page 1**

The exhibits which the government intends to offer at the beginning of its case-in-chief include the following:

| SELF-AUTHENTICATING EXHIBITS | DESCRIPTION |
| --- | --- |
| 1. | Border Crossing Records of Ledezma-Cepeda, Ledezma-Campano, Jose Luis Cepeda-Cortes, Laura Lynette Cepeda and Miriam Cepeda |
| 2. | Subscriber Information Return on XXXXX10 |
| 3. | Search Warrant Return of Email Records for XXXXX10 and XXXXXX56 |
| 4. | Administrative Subpoena Return for XXXXX56 Email Records |
| 5. | Verizon Wireless Records of Cepeda-Cortes Wifi Device: XXX-XXX-0364 |
| 6. | Search Warrant Return for XXXXX10 and XXXXXXXpro |
| 7. | Data from Google on gmail addresses XXXX9, XXXX12 and XXX@gmail.com |
| 8. | Federal Search Warrant Return For XXXXXXXpro |
| 14. | Sprint Phone Records and cell site information for XXX.XXX.4204, XXX.XXX.9785, and XXX.XXX.7272 |
| 16. | American Airlines Travel Records for Ledezma-Cepeda, Ledezma-Campano and Cepeda-Cortes |
| 17. | Blackline GPS Tracker Records |
| 20. | Cricket Phone Records XXX.XXX.3268 |
| 24. | Phone Records for XXX.XXX.1720 |

| | |
|---|---|
| 25. | Financial Services Records Western Union |
| 26. | Bill Me Later Records, 12/27/12 |
| 29. | Chase Bank Records of Cepeda-Cortes, #9025 |
| 32. | Motel 6 Receipt, McAllen, TX 12/18/12 |
| 33. | Phone Records of XXX.XXX.7204 |
| 34. | United Airlines Travel Records |
| 35. | Chase Credit Card Records, #4955 |
| 36. | AT&T Record of IP Address for Cepeda-Cortes U-Verse account |
| 42. | Email Records for XXX@hotmail.com |
| 43. | Wells Fargo Visa Bill, #5273, 2/20/13 |
| 46. | Gmail Account of xxx@gmail.com |
| 47. | Sprint Records for XXX.XXX.3601/3602 |
| 48. | Email Records for XXXgmail.com and XXXXXXXpro |
| 52. | Super 8 Receipt, 3/6/13 – 3/10/13, 3/15/13 – 3/17/13, 4/19/13 – 4/21/13 |
| 53. | Enterprise Rental Records |
| 58. | Outdoor Spy Game Camera Receipts |
| 61. | Verizon IP Records for XXX.XXX.0364 |
| 62. | TAD Records Search, Montecito Address |
| 65. | Sprint Records, XXX.XXX.3268 |
| 66. | BBVA Records and Deposit of $8,000.00 |
| 68. | Southwest Airlines Flight Records |
| 75. | Motel 6 Records for Ismael Ramirez |

**Government's Rule 902 Notice - Page 3**

| | |
|---|---|
| 83. | Mid Cities Inn Receipt, 5/2/13 |
| 86. | Videos from Wal-Mart, 5/29/13 and 5/20/13 |
| 87. | Hotmail Records for XXX@hotmail.com |
| 89. | AT&T Phone Records, XXX.XXX.7473, XXX.XXX.7641 |
| 90. | Blackberry Records, XXX.XXX.9785, XXX.XXX.4204 |
| 91. | Video from Southlake Schools, 5/22/13 |
| 92. | Surveillance Video from Southlake Town Square |
| 93. | Map of Southlake Town Square |
| 99. | Photo of Ledezma-Cepeda and Ledezma-Campano at 7-11, 5/22/13 |
| 121. | Autopsy Report Cantu-Lozano and Cantu-Cuellar |
| 151. | Time Warner IP Address Records for Microtel, Euless, Texas |
| 154. | Texas Murder Statute, Texas Penal Code, Title 5 |
| 155. | XXX@hotmail.com, Subscriber Information |
| 156. | IP Logs for XXX@hotmail.com |
| 359. | Google subscriber information for XXX@gmail.com |
| 360. | Renter's Agreement for XXXX North East Street, Rio Grande City |
| 361. | Renter's Agreement for XXXX North East Street, Rio Grande City |
| 416. | Redfin Records |
| 486. | Blackberry Certification of Records for USCR-130506-030 |
| 487. | Blackberry Certification of Records for USCR-130627-014 |

**Government's Rule 902 Notice - Page 4**

| 488. | Blackberry Certification of Records for USCR-130725-004 (10/7/13) |
|---|---|
| 489. | Blackberry Certification of Records for USCR-130725-004 (4/14/14) |
| 490. | Blackberry Certification of Records for USCR-140818-013 (08/18/14) |
| 491. | Blackberry Certification of Records for USCR-140818-013 (9/15/14) |
| 493. | AT&T U-verse internet account for Cepeda Body Shop at XXXX Business 83. |

The above described exhibits have been either previously provided to the defendant or are currently available for inspection and copying at the offices at the United States Attorney's Office.   Each of these documents have an accompanying affidavit complying with requirements of Rule 902(11).

        Respectfully submitted,

        JOHN R. PARKER
        UNITED STATES ATTORNEY


        *s/ Joshua T. Burgess*
        JOSHUA T. BURGESS
        Assistant United States Attorney
        State Bar No. 24001809
        Burnett Plaza, Suite 1700
        801 Cherry Street, Unit #4
        Fort Worth, Texas 76102
        Telephone:   817-252-5200
        Facsimile:   817-252-5455

## CERTIFICATE OF SERVICE

  I hereby certify that on March 28, 2016, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means.

                *s/ Joshua T. Burgess*
                JOSHUA T. BURGESS
                Assistant United States Attorney