IN THE UNITED STATES DISTRICT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

**FILED**
**April 01, 2016**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | NO. 4:14-CR-151-Y(3) |
| JOSE LUIS CEPEDA-CORTES (3) | § § | |

**DEFENDANT JOSE LUIS CEPEDA-CORTES' MOTION FOR LEAVE TO FILE FIRST AMENDED MOTION FOR SEVERANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes the Defendant, JOSE LUIS CEPEDA-CORTES, who requests that the court grant leave to re-file his Motion For Severance and would submit to the court the following:

I.

Defendant JOSE LUIS CEPEDA-CORTES mistakenly filed his Motion For Severance without filing it under seal pursuant to the Court's protective order. (Doc. 64.)  In an effort to remedy the situation as quickly as possible, he requested the Clerk's to change the filing from public to sealed so that he would not be in violation of the Court's order.  In the confusion, Defendant Cortes also did not forward the proposed order to the court. Defendant, Cortes therefore requests the Court's leave and allow the Motion For Severance to be filed.   The Motion For Severance will be

**Defendant Jose Luis Cepeda-Cortez  Motion  For Leave**
**Page  1**

renamed First Amended Motion For Severance, but it is indentical in all other aspects to the Motion For Severance.

WHEREFORE, counsel prays that this court grant leave to file the Defendant's First Amended Motion For Severance.

Respectfully submitted,

/s/ Robert H. Rogers
Robert H. Rogers
4711 Gaston Ave.
Dallas, Texas 75246
Phone: (214) 828-4678
Fax: (866) 202-2805
Roberthrogers@sbcglobal.net
SBN 17186225

## CERTIFICATE OF SERVICE

I, ROBERT H. ROGERS, do hereby certify that a true and correct copy of the above instrument has been served by ECF upon counsel for the government and counsel for Jesus Ledezma-Cepeda and Jesus Ledezma-Campano.

## CERTIFICATE OF CONFERENCE

The undersigned states that he conferred with Mr. Joshua T Burgess counsel for the government in this cause and with Warrant St. John, counsel for Defendant Ledezma-Cepeda on the date it was filed and they were unopposed.

/s/ Robert H. Rogers
ROBERT H. ROGERS