IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA          §
                                  §
VS.                               §        ACTION NO. 4:14-CR-151-Y
                                  §
JESUS GERARDO LEDEZMA-CEPEDA (1)§
JOSE LUIS CEPEDA-CORTES (3)       §

SEALED ORDER GRANTING MOTION TO SEAL MOTION TO UNSEAL

Pending before the Court is the government's Motion to Seal its Motion to Unseal Second Superseding Indictment as it Relates to Defendants #1-3 (doc. 254). After review of the Motion to Seal and the attached Motion to Unseal, the Court concludes that the Motion to Seal should be and hereby is GRANTED. The government's Motion to Seal, this order, and the government's Motion to Unseal Second Superseding Indictment as it Relates to Defendants #1-3 ("Motion to Unseal") shall be filed and maintained UNDER SEAL pending further order of the Court. The Motion to Unseal is DEEMED FILED this same day, and the clerk of the Court is DIRECTED to file a copy of that motion, which was attached as an exhibit to the motion to seal, under seal. *See* N.D. Tex. L. Crim. R. 55.3(b)(2). Any responses to the Motion to Unseal shall be filed no later than **April 18, 2016.**

SIGNED April 12, 2016.

*Terry R. Means*
_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE