```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

UNITED STATES OF AMERICA §
§
VS. § ACTION NO. 4:14-CR-151-Y
§
JESUS GERARDO LEDEZMA-CEPEDA (1) §
JESUS GERARDO LEDEZMA-CAMPANO (2) §
JOSE LUIS CEPEDA-CORTES (3)       §

## ORDER REGARDING SERVICE OF SEALED DOCUMENTS

It has come to the Court's attention that there is some kind of "glitch" in the CM/ECF filing system regarding sealed documents filed in this case. Apparently, electronic notice of the filing of a sealed document or a motion to seal a document is not always being automatically accomplished by the CM/ECF filing system when requested by the filer.[1] Refer to Fed. R. Crim. P. 49(b); Fed. R. Civ. P. 5(b)(2)(E); N.D. Tex. L. Civ. R. 5.1(d).

It is, therefore, ORDERED that, **effective immediately**, if a party electronically files a document in this case under seal, he must separately email that document, contemporaneously with its filing, to lead counsel for any other party who is required to be served with the document. Failure to contemporaneously email the document as required will constitute a failure of service.

SIGNED April 15, 2016.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The Court's clerk has been aware of the problem and has attempted until today to remedy it by manually sending out notice whenever a sealed document has been filed. Unfortunately, due to the press of the clerk's other business, that manual notice is sometimes not transmitted until hours (and in at least the case of the government's recent Motion to Seal Motion for Immediate Hearing (doc. 264), the following day) after a document is filed.