IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:14-CR-151-Y |
| | § | |
| JOSE LUIS CEPEDA-CORTES (3) | § | |

## ORDER SETTING *DAUBERT* HEARING

Pending before the Court is the government's Motion for a *Daubert* Hearing (doc. 244). After review of the motion and defendant Cepeda-Cortes's response, the Court concludes that the motion should be and hereby is GRANTED, in that a *Daubert* evidentiary hearing will be held at **10:00 a.m.** on **Wednesday, April 20, 2016.**  The government and defendant Cepeda-Cortes are each allowed one hour to present direct evidence or conduct cross-examination regarding the reliability of Dr. Yonovitz's proposed testimony.[1]

SIGNED April 15, 2016.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The Court agrees with Defendant that Yonovitz's testimony may be relevant impeachment evidence depending upon the testimony of Special Agent Gary Koenig.

ORDER SETTING DAUBERT HEARING - Page Solo
TRM/chr