IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:14-CR-151-Y |
| | § | |
| JESUS GERARDO LEDEZMA-CEPEDA (1) | § | |
| JOSE LUIS CEPEDA-CORTES (3) | § | |

ORDER GRANTING MOTION TO UNSEAL AND UNSEALING CERTAIN DOCUMENTS

Pending before the Court is the government's Sealed Motion to Unseal Second Superseding Indictment as it Relates to Defendants #1-3 (doc. 258). Defendants have filed responses to the motion indicating that they are not opposed to the motion. As a result, and after review of this matter, the Court concludes that the government's Motion to Unseal should be and hereby is GRANTED. As a result, the following documents are UNSEALED:

(1) the government's Motion to Seal Motion to Unseal (doc. 254), including the exhibits attached thereto (exhibit 2 of which is the redacted version of the Second Superseding Indictment);

(2) the Court's order granting the Motion to Seal (doc. 257); and

(3) the government's Motion to Unseal (doc. 258).

SIGNED April 15, 2016.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE