IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:14-CR-151-Y |
| | § | |
| JESUS GERARDO LEDEZMA-CEPEDA (1) | § | |
| JOSE LUIS CEPEDA-CORTES (3) | § | |

### ORDER GRANTING MOTION TO SEAL AND MOTION FOR LEAVE TO FILE, EXPEDITING RESPONSE TO MOTION TO CONTINUE, AND SETTING HEARING

Pending before the Court is defendant Cepeda-Cortes's Motion to Seal Motion for Leave to File Second Motion for Continuance (doc. 280). After review of the Motion to Seal and the attached Motion for Leave, the Court concludes that both motions should be and hereby are GRANTED. The Second Motion for Continuance is DEEMED FILED this same day, and the clerk of the Court is DIRECTED to file a copy of that motion, which was attached as exhibit two to the motion to seal, under seal. *See* N.D. Tex. L. Crim. R. 55.3(b)(2). The government's response to the Second Motion for Continuance shall be electronically filed no later than **3:00 p.m.** on **Tuesday, April 19, 2016.** A hearing will be held on the motion at **10:00 a.m.** on **Wednesday, April 19** (prior to the previously scheduled *Daubert* hearing).

SIGNED April 18, 2016.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE