# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 06, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 16-11731    USA v. Jesus Ledezma-Cepeda, et al
                           USDC No. 4:14-CR-151-1 *(3) - Y*

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order denying certiorari.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Charlene A. Vogelaar, Deputy Clerk
                            504-310-7648

RECEIVED
NOV - 6 2018
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 5, 2018

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Jose Luis Cepeda-Cortes
        v. United States
        No. 18-421
        (Your No. 16-11731)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk